UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN THE MATTER OF R&B FALCON DRILLING USA, INC., F/K/A FALCON WORKOVER CO., INC. D/B/A BLAKE WORKOVER AND DRILLING CO., AS OWNER AND/OR OWNER PRO HAC VICE, OF THE M/V DOROTHY B, PETITIONING FOR EXONERATION FROM OR LIMITATION OF LIABILITY | CIVIL ACTION<br>NO.: 00-0274<br><br>SECTION "A"<br>MAG DIV. |

### ORDER DIRECTING ISSUANCE OF NOTICE AND RESTRAINING PROSECUTION OF CLAIMS

A Complaint having been filed herein on the 31st day of January, 2000 by R&B Falcon Drilling USA, Inc. f/k/a Falcon Workover Co., Inc. d/b/a Blake Workover and Drilling Co. ("Falcon") as owner and/or owner pro hac vice of the M/V DOROTHY B, claiming exoneration from or limitation of liability as provided in Title 46, United States Code, Sections 183-189, for all losses, damages, injuries or destruction allegedly resulting from the incident referred to in the foregoing Complaint; and plaintiffs have filed a bond for costs and an ad interim stipulation for the value of the said vessel and her pending freight, all as required by the rules of the Court and the law;

NOW, THEREFORE on Motion of House, Kingsmill & Riess, L.L.C., attorneys for Complainants:

IT IS HEREBY ORDERED that the cash bond for costs in the sum of $250.00 executed on the 27th day of January, 2000, by Complainant be accepted and approved; and

IT IS FURTHER ORDERED that the stipulation for the value of plaintiffs' interest in the M/V DOROTHY B and its pending freight, if any, in the principal amount of $25,000.00, with

DATE OF ENTRY FEB 0 2 2000

interest thereon at the rate of 6% per annum from the date hereon, executed on the _27th_ day of January, 2000 by Complainant, and Seaboard Surety Company, as surety, and filed herein by Complainant, be accepted as an ad interim stipulation for the purposes of the limitation proceeding and that it be approved as to form, quantity and surety; and

IT IS FURTHER ORDERED that complainant, Ricky Laborde, and any claimant who may properly become a party hereto may contest the amount of value of Complainant's interest in the M/V DOROTHY B and her pending freight, if any, as fixed in said ad interim stipulation, and may move the Court for due appraisal of said interest and may apply to have the amount of said stipulation increased or diminished, as the case may be, on the determination by the Court of the amount or value of said interest; and

IT IS FURTHER ORDERED that a notice issue out of and under the seal of this Court admonishing all persons asserting claims for any and all losses, damages, injuries, or destruction allegedly resulting from or incident to the occurrences and happenings recited in the Complaint to file their respective claims with the Clerk of Court at New Orleans, Louisiana, on or before the _31st_ day of _March_, 2000, at 5:00 p.m., and serve on complainant-plaintiff's attorney, Michael R. C. Riess, House, Kingsmill & Riess, L.L.C., a copy thereof, and requiring any claimant who desires to contest plaintiffs' right to exoneration from or right to limitation of liability to file and serve an Answer to the Complaint, unless the claimant has included an Answer; and

IT IS FURTHER ORDERED that publication of the aforesaid notice and the form required by Rule F of the Supplemental Federal Rules of Civil Procedure for Certain Admiralty and Maritime Claims be published in a newspaper of general circulation in the City of New

Orleans, namely the Times-Picayune, once each week for four consecutive weeks prior to the date fixed for the filing of claims; and

IT IS FURTHER ORDERED that the commencement of further prosecution of any action or proceeding against Complainant, its surety, underwriters, insurers or any of their property with respect to any claims for which plaintiffs seek limitation, including any claim arising out of or connected with any loss, damage, injury, or destruction resulting from the incident described in the Complaint, be and is hereby stayed and restrained until the hearing and determination of this proceeding; and

IT IS FURTHER ORDERED that Complainant, no later than the second day of publication of the notice ordered herein, shall mail a copy of the notice to every person known to have made any claim against the M/V DOROTHY B or the Complainant, which claim or claims have not been settled, arising out of the voyage described in the Complaint.

New Orleans, Louisiana, this 31st day of January, 2000.

_____
UNITED STATES DISTRICT JUDGE

12764da