

MINUTE ENTRY
January 31, 2000
SCHWARTZ, J.

IN THE MATTER OF R&B FALCON
DRILLING USA, INC., ETC.

CIVIL ACTION

NO.  00-0274

SECTION  "A"

In accordance with 28 U.S.C. § 455(a) and § 455(e) and with Canon 3-C(1) of the Code of Judicial Conduct, the following full disclosure is made by the Honorable Charles Schwartz, Jr.:

The Honorable Charles Schwartz, Jr. is a close, personal friend of the father of Jack C. Benjamin, Jr., one of the attorneys for R&B Falcon Drilling, USA, Inc., and Jack C. Benjamin, Jr. was a law clerk for the undersigned Judge from May through December 1994.

Following procedures recommended by the Code of Judicial Conduct, each party is hereby requested through his, her or its attorneys to advise the Clerk of Court, no later than April 15, 2000, whether such party wishes Judge Schwartz to retain this matter in light of the facts revealed.  In the event any party does not wish Judge Schwartz to retain this matter, the Clerk shall so advise Judge Schwartz, without revealing to the Judge the decision

DATE OF ENTRY ___FEB 0 2 2000___



of any party, and the Judge will take no further action herein except to forthwith order this matter reallotted to another section of this Court.

Counsel are directed to advise the Clerk by use of the attached form of waiver of request for disqualification.

-----------

**NOT TO BE FILED IN THE RECORD OR SHOWN TO JUDGE SCHWARTZ**

Dated, _____

The Honorable Loretta G. Whyte
Clerk of Court
United States Courthouse
500 Camp Street
New Orleans, LA    70130

Re: _____
    Civil Action No. _____, Section "A"

Dear Mrs. Whyte:

In accordance with the Court's Minute Entry of KEYBOARD(), and
having fully discussed the issues raised in the Minute Entry with
my client(s), I hereby advise you that my client(s):

_____    wish Judge Schwartz retain this matter, notwith-
          standing facts disclosed in the Minute Entry.

_____    wish Judge Schwartz not retain this matter.

Sincerely,

_____
Attorney's Signature

_____
Attorney's name and Bar number
(Please print)

_____
Attorney's client (Please print)