FILED
U.S. DISTRICT
2000 MAR 29 A 8:33
G. WHYTE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN THE MATTER OF R&B FALCON DRILLING USA, INC., ETC.

CIVIL ACTION

NO. 00-0274

SECTION "A"

## O R D E R

The undersigned, taking cognizance of Title 28, Section 455 and Canon 3-C(1) of the Code of Judicial Conduct, and considering that he is a close, personal friend of the father of Mr. Jack C. Benjamin, Jr., one of the attorneys for R&B Drilling, USA, Inc., and Jack C. Benjamin, Jr. was a law clerk for the undersigned Judge from May through December 1994, and that he should disqualify himself herein, otherwise it could give the appearance of impropriety,

**IT IS ORDERED** that the Clerk of Court reallot this matter to a section of this Court other than Section "A."

New Orleans, Louisiana, this 27 day of March, 2000.

Charles Schwartz, Jr.
UNITED STATES DISTRICT JUDGE

MAR 29 2000
REALLOTTED TO **SECT.J**

DATE OF ENTRY
MAR 29 2000