FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 JUL 25 PM 2:42

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN THE MATTER OF: | * |
| R&B FALCON DRILLING USA INC. | * CIVIL ACTION NO. 00-0274 |
| F/K/A FALCON WORKOVER CO., INC., | * |
| D/B/A BLAKE WORKOVER & DRILLING | * SECTION "J" |
| CO., AS OWNER AND/OR OWNER PRO | * |
| HAC VICE, OF THE M/V DOROTHY B, | * MAGISTRATE "1" |
| PETITIONING FOR EXONERATION | * |
| FROM OR LIMITATION OF LIABILITY | * |

* * * * * * * * * * * * * * * * * * * * * * * * *

## JOINT MOTION AND ORDER FOR DISMISSAL

NOW INTO COURT, through undersigned counsel, comes claimant, Ricky Laborde, and plaintiff-in-limitation, R&B Falcon Drilling USA Inc. f/k/a Falcon Workover Co., Inc. d/b/a Blake Workover and Drilling Co., who suggest to this Honorable Court that all claims of the claimant, Ricky Laborde, should be dismissed, with prejudice, with each party to bear its own costs, and the claims of the Louisiana Workers Compensation Corp. also be dismissed with prejudice.

Respectfully submitted,

HOUSE, KINGSMILL & RIESS, L.L.C.

By: _____
Michael R.C. Riess (#2073)
Charles B. Colvin (#4352)
Jack C. Benjamin, Jr. (#22735)
201 St. Charles Avenue, Suite 3300
New Orleans, Louisiana 70170-3300
Telephone: (504) 581-3300
Attorneys for R&B Falcon Drilling USA Inc.
f/k/a Falcon Workover Co., Inc. d/b/a Blake
Workover and Drilling Co.

DATE OF ENTRY
JUL 26 2000

_____
Arthur J. Brewster (#18138)
3027 Ridgelake Drive
Metairie, Louisiana 70002
Telephone: (504) 837-1230
Attorney for Ricky Laborde

2

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN THE MATTER OF: | * |
| R&B FALCON DRILLING USA INC. | *   CIVIL ACTION NO. 00-0274 |
| F/K/A FALCON WORKOVER CO., INC., | * |
| D/B/A BLAKE WORKOVER & DRILLING | *   SECTION "J" |
| CO., AS OWNER AND/OR OWNER PRO | * |
| HAC VICE, OF THE M/V DOROTHY B, | *   MAGISTRATE "1" |
| PETITIONING FOR EXONERATION | * |
| FROM OR LIMITATION OF LIABILITY | * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## O R D E R

Considering the foregoing Joint Motion to Dismiss;

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the claims of the claimant, Ricky Laborde, and against plaintiff-in-limitation, R&B Falcon Drilling USA Inc. f/k/a Falcon Workover Co., Inc. d/b/a Blake Workover and Drilling Co., are hereby dismissed, with prejudice, each party to bear its own costs of litigation.

Thus done and passed this 25th day of July, 2000.

_____
JUDGE

16293la

3