"Certification of Funds in the Registry"

PRINCIPAL: $ 250.00

Financial Deputy _____ Date: 9/2/03

FILED
U.S DISTRICT COURT
EASTERN DISTRICT OF LA

2003 SEP -2 AM 10: 51

LORETTA G. WHYTE
CLERK

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN THE MATTER OF: | * | |
| R&B FALCON DRILLING USA INC. | * | CIVIL ACTION NO. 00-0274 |
| f/k/a FALCON WORKOVER CO., INC., | * | |
| d/b/a BLAKE WORKOVER & DRILLING | * | SECTION "J" |
| CO., AS OWNER AND/OR OWNER PRO | * | |
| HAC VICE, OF THE M/V DOROTHY B, | * | MAGISTRATE "1" |
| PETITIONING FOR EXONERATION | * | |
| FROM OR LIMITATION OF LIABILITY | * | |
| * * * * * * * | * | |

### MOTION AND ORDER FOR REFUND OF COST BOND

NOW INTO COURT, through its undersigned counsel, comes R&B Falcon Drilling USA

Inc. f/k/a Falcon Workover Company, Inc. d/b/a Blake Workover & Drilling Company, Petitioner

herein, and on suggesting to the Court that this matter was dismissed with prejudice and all bonds

were cancelled by Order dated July 26, 2000 (Doc. No. 19), and Mover respectfully requests that

the cost deposit posted for the issuance of a maritime arrest *in rem* pursuant to Admiralty Rule C in

the amount of TWO HUNDRED FIFTY AND 00/100 ($250.00) DOLLARS be refunded to

Petitioner, R&B Falcon Drilling USA Inc.

Considering the foregoing,

IT IS HEREBY ORDERED that the cost deposit posted in this matter for the issuance of a

maritime arrest *in rem* pursuant to Admiralty Rule C in the amount of TWO HUNDRED FIFTY

AND 00/100 ($250.00) DOLLARS be refunded to Petitioner, R&B Falcon Drilling USA Inc.

New Orleans, Louisiana, this ___ day of _____, 2003.

DATE OF ENTRY

SEP 1 1 2003

_____
UNITED STATES DISTRICT JUDGE

Respectfully submitted:

___ Fee ___
___ Process ___
_X_ Dktd ___
___ CtRmDep ___
___ Doc. No. 20

1

KINGSMILL RIESS, L.L.C.

_____

Michael R. C. Riess (La. #2073)
Charles B. Colvin (La. #04352)
201 St. Charles Ave., Suite 3300
New Orleans, Louisiana  70170
Telephone: (504) 581-3300
Fax:  (504) 581-3310

Attorney for R&B Falcon Drilling USA Inc.
f/k/a Falcon Workover Company, Inc.
d/b/a Blake Workover & Drilling Company

S:\Falcon - 317\317-093 Laborde\030828 Motion for Refund of cost bond.doc